UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FADI SAID SEIF, | ) | No. EDCV 12-737 GHK (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| COMMANDER-CAPTAIN JON MARHOEFER, ADELANTO DETENTION CENTER, | ) ) ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order re Summary Dismissal of Action Without Prejudice,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 6/26/12

_____
GEORGE H. KING
United States District Judge